# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

| | |
|---|---|
| PURE FISHING, INC., an Iowa Corporation, | Civil Action No. 3:10-cv-02140-CMC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| NORMARK CORPORATION, a Minnesota Corporation d/b/a RAPALA, | |
| Defendant. | |

Notice is hereby given that Pure Fishing, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the following final Opinions, Orders, and Judgment of the Honorable Cameron McGowan Currie:

1. Opinion And Order dated July 26, 2012 [Dkt. No. 195];

2. Opinion And Order dated September 12, 2012 [Dkt. No. 262];

3. Opinion And Order dated December 11, 2012 [Dkt. No. 278];

4. Judgment In A Civil Action dated August 14, 2013 [Dkt. No. 339];

together with all prior interlocutory orders and rulings that produced the foregoing Orders, Opinions and Judgment.

Respectfully submitted,

s/ Marcus A. Manos
Marcus A. Manos, Fed ID No. 4828
Daniel C. Leonardi, Fed ID No. 9332
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202
PHONE: 803.771.8900
FACSIMILE: 803.253.8277
MManos@nexsenpruet.com

September 12, 2013
Columbia, South Carolina

Attorneys for Plaintiff
Pure Fishing, Inc.